# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

THEREASA A. HOWSE, )
)
    Plaintiff, )
)
v. ) No. _____
) JURY DEMAND
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY, )
TENNESSEE, )
)
    Defendant. )

## COMPLAINT

1. The Plaintiff Thereasa A. Howse is a citizen of Nashville, Tennessee. The Plaintiff has worked for the Health Department of the Defendant Metropolitan Government of Nashville and Davidson County, Tennessee since 1988. Plaintiff is an African-American female over the age of forty years and brings this action for unlawful race, gender and age discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 United States Code Annotated §2000e, et seq.; and The Equal Pay Act, 29 United States Code Annotated §201, et seq. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission on April 12, 2011. Plaintiff subsequently requested a Right to Sue Letter. A copy of the Right to Sue Letter dated April 4, 2012, which was mailed to the Plaintiff's counsel is attached as Exhibit One.

2. The Defendant Metropolitan Government of Nashville and Davidson County is a governmental entity. It is subject to service of process through its Mayor, whose office is at the Metropolitan Courthouse, One Public Square, Suite 100, Nashville, TN 37201.

3. Jurisdiction lies with this Court pursuant to 28 U.S.C.A. §1331. Venue in this Court is proper pursuant to 42 U.S.C.A. §2000e-5(f)(3).

4. From 2007 until October, 2011, Ms. Howse supervised STD/HIV surveillance for the Metropolitan Health Department. Similarly situated white male and female supervisors, some of whom were younger than Ms. Howse, received greater wages and benefits than Ms. Howse. Ms. Howse typically supervised more employees and had more job responsibilities than these comparators.

5. During this period of time, Ms. Howse was classified as a Program Supervisor. At the Metro Health Department, African-American female supervisors such as Ms. Howse typically are classified as Program Supervisors. White female supervisors typically are given the higher job classification of Medical Administration Assistant One, while white male supervisors typically are classified at the still higher classification of Medical Administration Assistant Two. The Defendant's violation of the Equal Pay Act with respect to Ms. Howse and the similarly situated white male supervisors was willful.

6. As of April 11, 2011, the only supervisors in the Metro Health Department who were classified as Program Supervisors were Ms. Howse and another African-American woman. Although their supervisors advised them that they would be reclassified as Medical Administration Ones, neither Ms. Howse nor the other Program Supervisor were given the higher job classification. Instead, the other Program Supervisor was laid off and Ms. Howse was transferred to a non-supervisory position.

2

7. During her employment as a Program Supervisor, Ms. Howse was subjected to different and lesser terms and conditions of employment than her comparators. Ms. Howse was denied proper equipment to do her job, and she was improperly subjected to discipline as the result of an inaccurate internet usage audit that had a disparate impact on Ms. Howse and her staff.

8. Ms. Howse demands a trial by jury.

WHEREFORE, premises considered, the Plaintiff prays for an award of damages, to include promotion to a position of Medical Administration Assistant Two, with back pay, and with the back pay award doubled as liquidated damages as provided under the Equal Pay Act, front pay, prejudgment interest on all past economic losses incurred, emotional distress damages and reasonable attorney's fees.

Respectfully submitted,

*August C. Winter* (signature)

August C. Winter, #9706
Attorney for Plaintiff Terese Brasile
750 Old Hickory Boulevard, Suite 150
Brentwood, TN 37027
(615) 371-6152

3