IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THEREASA A. HOWSE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-00635 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Bryant |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| TENNESSEE, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

Trial in this matter is currently scheduled for May 6, 2014. However, due to a conflict with the Court's schedule, the Court hereby **CONTINUES** trial in this matter to **Tuesday, June 10, 2014, at 9:00 a.m.** The pretrial conference is **CONTINUED** to **Friday, May 30, 2014, at 10:00 a.m.**

It is so ORDERED.

Entered this the 2nd day of April, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT