IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THERESA A. HOWSE     PLAINTIFF

VS.     3:12-CV-00635-BRW

METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE     DEFENDANT

## VERDICT FORM

1. We, the jury, find in favor of:    Plaintiff _____    Defendant __✓__

   Note: Answer question 2 only if the above finding is in favor of Plaintiff. If the above finding is in favor of Defendant have your presiding juror sign and date the form and advise the bailiff that you have reached a verdict.

2. Has it been proved that Defendant either knew it was violating the Equal Pay Act or acted with reckless disregard of the Equal Pay Act?    Yes _____    No _____

   Note: If you find in favor of Plaintiff, then you should award Plaintiff damages consisting of the difference between Plaintiff's pay and the pay of the male employee(s) who did substantially equal work during comparable time periods. If you answered yes to question 2, the comparable time period may include the wages Plaintiff earned from June 22, 2009 to present. If you answered no to question 2, the comparable time period may include the wages Plaintiff earned from June 22, 2010 to present.

3. Plaintiff should be awarded damages in the in the amount of $_____.

_____            5/26/16
Presiding Juror                        Date