IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THEREASA A. HOWSE ) | |
| ) | |
| v. ) | Civil Case No. 3:12-0635 |
| ) | Judge Bill Wilson |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON, COUNTY, ) | |
| TENNESSEE ) | |

## JUDGMENT IN A CIVIL CASE

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found for the Defendant Metropolitan Government of Nashville and Davidson County, TN.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE.**

DATE: May 26, 2016                        KEITH THROCKMORTON, CLERK
                                          BY: *s/ Ann Frantz*
                                          Deputy Clerk