Exhibit B

**Stacey England & Associates**
Court Reporting & Video
P.O. Box 275
Clarksville, TN 37041
(931) 538-8125 | www.englandreporting.com

# INVOICE

METROPOLITAN DEPARTMENT OF LAW
ATTN: Christopher M. Lackey, Esq.
P.O. Box 196300
Nashville, TN 37219-6300

Invoice Number: 100664
Invoice Date: 07/19/2013

In RE: Howse v. Metro
Witness: Tonya Gunter
Attendance Date: 05/29/2013, 9:00am
Reporter: Jennifer Short

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 57 | Copy of Deposition Transcript | 2.00 | 114.00 |
| 16 | Exhibits (Black and White) | 0.25 | 4.00 |
| 1 | Postage/Courier Fee | 8.00 | 8.00 |
| | Invoice Total: | | 126.00 |

*OK to pay $126.00*
*L-15611*
*Christopher M. Lackey*

THANK YOU FOR YOUR BUSINESS

For your convenience, we accept the following credit card payments:
MasterCard, Visa, Discover, and American Express
You can pay online at www.englandreporting.com

Please include invoice number on checks made payable to:
Stacey England & Associates

Tax ID: [redacted]

PLEASE NOTE: INVOICE DUE WITHIN 60 DAYS. 18% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

*PAY $126.00*

| VENDOR # | [redacted] |
|---|---|
| ACCOUNT # | |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*L-15611*

METRO DEPT. OF LAW
2013 JUL 30 AM 8:32

*L-15611/T Howse*

L-15611

# LEGAL VIDEO SERVICE OF TENNESSEE

4204 BAYSIDE LANE  
HERMITAGE, TENNESSEE 37076-3102  
(615) 871-4482  Fax (615) 872-7682  
www.legalvideoservice.biz

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/25/2013 | 15192 |

**BILL TO**

Metropolitan Gov. of Nashville  
Department of Law Suite 108  
1 Public Sq. Metropolitan Courthouse  
Nashville, Tn. 37201  
Attn: James E. Robinson

Metropolitan Gov. of Nashville  
Department of Law Suite 108  
1 Public Sq. Metropolitan Courthouse  
Nashville, Tn. 37201

| TERMS | SHIP VIA |
|---|---|
| Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | House vs Metro Government of Nashville<br>Case # 3:12CV635 | | |
| | Date of Deposition 10/24/13<br>DEPOSITION of Dr. William Paul | 0.00 | 0.00 |
| 3 | Duplication of video on DVD-VIDEO ( per DVD disk ) | 50.00 | 150.00 |
| 1 | Pick-up or delivery | 12.00 | 12.00 |
| | Terms are Net due within 30 days of receipt of invoice | 0.00 | 0.00 |
| | PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT, THANK YOU | 0.00 | 0.00 |
| | FedEx Package 1 Tracking #: 083902415006284 | | |

PAY $162.00

VENDOR #  
ACCOUNT  
OP/OM #  
BATCH #  
VOUCHER #

L-15611

L-15611/Howse

2013 OCT 29 AM 8:59

OK  
James [signature]  
10-29-13

Employer Identification Number  
THANK YOU FOR YOUR BUSINESS

**Total** $162.00

L-15611

LEGAL VIDEO SERVICE OF TENNESSEE

4204 BAYSIDE LANE
HERMITAGE, TENNESSEE 37076-3102
(615) 871-4482  Fax (615) 872-7682
www.legalvideoservice.biz

# Invoice

2013 NOV -5 AM 11: 3

METRO DEPT OF LAW

| DATE | INVOICE # |
|---|---|
| 11/2/2013 | 15201 |

**BILL TO**

Metropolitan Gov. of Nashville
Department of Law Suite 108
1 Public Sq. Metropolitan Courthouse
Nashville, Tn. 37201
Attn: James E Robinson

Metropolitan Gov. of Nashville
Department of Law Suite 108
1 Public Sq. Metropolitan Courthouse
Nashville, Tn. 37201

| TERMS | SHIP VIA |
|---|---|
| Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | House vs Metro Government of Nashville  Case # 3:12CV635 USDC | | |
| | Date of Deposition 11-01-2013<br>DEPOSITION of Stan Romine | 0.00 | 0.00 |
| 2 | Duplication of video on DVD-VIDEO ( per DVD disk ) | 50.00 | 100.00 |
| 1 | Pick-up or delivery | 12.00 | 12.00 |
| | Terms are Net due within 30 days of receipt of invoice | 0.00 | 0.00 |
| | PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT, THANK YOU | 0.00 | 0.00 |
| | FedEx Package 1 Tracking #: 083902415006369 | | |

PAY $112.00

| VENDOR # | |
| ACCOUNT # | |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

L-15611

L-15611/ Howse

**Total** OK $112.00
James E Robinson
James E. Robinson
11-6-13

# SOUTHEAST LEGAL VIDEO

| Invoice No. & Date |
|---|
| 110413CN  11.07.2013 |

| Bill To: |
|---|
| James E. Robinson, Esq. |
| P.O. Box 196300 |
| 108 Metropolitan Courthouse |
| Nashville, TN  37219-6300 |

Case Style: Thereasa A. Howse v. Metro Nashville/Davison Co.

## SERVICES

| Date | Description | Price |
|---|---|---|
| 4-Nov-2013 | **Video Deposition:** | |
| | **THEREASA A. HOWSE** | |
| | First two (2) hours, minimum fee | $250.00 |
| | Additional (6) hours | $450.00 |
| | DVD Original | $15.00 |
| | | **$715.00 TOTAL** |

OK
James E. Robinson
James E. Robinson
12-11-13

**Remit To:** Southeast Legal Video
1508 White Pine Court
Nashville, TN  37214
615.480.0470
ctn617@gmail.com

We appreciate your business!

PAY $715.00

VENDOR #
ACCOUNT #
OP/OM #
BATCH #
VOUCHER #

L-15611

L-15611/ Howse

Stacey England & Associates
Court Reporting & Video
P.O. Box 275
Clarksville, TN 37041
(931) 538-8125 | www.englandreporting.com

# INVOICE

METROPOLITAN DEPARTMENT OF LAW
ATTN: James Robinson, Esq.
P.O. Box 196300
Nashville, TN 37219-6300

Invoice Number: 100868
Invoice Date: 11/13/2013

In RE: Howse v. Metro
Witness: Brad Beasley
Attendance Date: 06/18/2013, 9:00am
Reporter: Jennifer Short

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 172 | Copy of Deposition Transcript - Brad Beasley | 2.10 | 361.20 |
| 153 | Exhibits (Black and White) | 0.25 | 38.25 |
| 1 | Postage/Courier Fee | 10.00 | 10.00 |
| | Invoice Total: | | 409.45 |

THANK YOU FOR YOUR BUSINESS

For your convenience, we accept the following credit card payments:
MasterCard, Visa, Discover, and American Express
You can pay online at www.englandreporting.com

Please include invoice number on checks made payable to:
Stacey England & Associates

Tax ID: █████

OK
James E. Rob─
James E. Robinson
11-21-13

PLEASE NOTE: INVOICE DUE UPON RECEIPT.
18% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN 30 DAYS.

PAY $409.45

| VENDOR # | |
| ACCOUNT # | |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

L-15611 / Howse

2013 NOV 16 AM 10:19

Stacey England & Associates
Court Reporting & Video
P.O. Box 275
Clarksville, TN 37041
(931) 538-8125 | www.englandreporting.com

# INVOICE

METROPOLITAN DEPARTMENT OF LAW
ATTN: James Robinson, Esq.
P.O. Box 196300
Nashville, TN 37219-6300

Invoice Number: 100870
Invoice Date: 11/13/2013

In RE: Howse v. Metro
Witness: Leslie Robeson
Attendance Date: 06/20/2013, 10:30am
Reporter: Jennifer Short

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 90 | Copy of Deposition Transcript - Leslie Robeson | 2.10 | 189.00 |
| 47 | Exhibits (Black and White) | 0.25 | 11.75 |
| 1 | Postage/Courier Fee | 8.00 | 8.00 |
| | | Invoice Total: | 208.75 |

THANK YOU FOR YOUR BUSINESS

For your convenience, we accept the following credit card payments:
MasterCard, Visa, Discover, and American Express
You can pay online at www.englandreporting.com

Please include invoice number on checks made payable to:
Stacey England & Associates

Tax ID: ▮▮▮

OK
James E. Robi[nson]
James E. Robinson
11-21-13

PLEASE NOTE: INVOICE DUE UPON RECEIPT.
18% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN 30 DAYS.

PAY $208.75

| VENDOR # | ▮▮▮ |
| ACCOUNT # | ▮▮▮ |
| OP/OM # | ▮▮▮ |
| BATCH # | |
| VOUCHER # | |

L-15611
L-15611/Howse

2013 NOV 18 AM 10:19

*L-15611*

*Briggs & Associates*
*222 Second Avenue, North*
*Suite 360M*
*Nashville, TN 37201*
*615/482-0037*

# Invoice

| Number | CB 1531 |
|---|---|
| Date | 11/20/2013 |

**Bill To**
James E. Robinson, Esq.
Metropolitan Department of Law
108 Metro Courthouse
P.O. Box 196300
Nashville, TN, 37219-6300

**In Re:**
Thereasa Howse
v.
Metropolitan Government

| TAX ID # | Case | Project |
|---|---|---|
|  | No. 3:12cv635 | deposition of Thereasa Howse |

| Date | Description | Pages/Hours | Rate | Amount |
|---|---|---|---|---|
| 11/4/13 | per diem - full day | 1.00 | $250.00 | $250.00 |
| deposition | original deposition transcript | 193.00 | $4.25 | $820.25 |
|  | electronic transcripts (PDF) no charge |  | $0.00 | $0.00 |

PAY $1,070.25

VENDOR #
ACCOUNT #
OP/OM #
BATCH #
VOUCHER #

L-15611

L-15611 / Howse

| Amount Paid | $0.00 |
| Amount Due | $1,070.25 |
| Shipping Cost | $0.00 |

Thank you for choosing Briggs & Associates
We appreciate your business!

| Total | $1,070.25 |

OK
*James E. Robinson*
11-23-13

2013 NOV 21 PM 1:43

*L-15611*
*Howse*

**Stacey England & Associates**
**Court Reporting & Video**
P.O. Box 275
Clarksville, TN 37041
(931) 538-8125 | www.englandreporting.com

Stacey England & Associates

THANK YOU

# INVOICE

METROPOLITAN DEPARTMENT OF LAW
ATTN: James Robinson, Esq.
P.O. Box 196300
Nashville, TN 37219-6300

Invoice Number: 100884
Invoice Date: 11/27/2013

In RE: Howse v. Metro
Witness: Dr. William Paul
Attendance Date: 10/24/2013, 9:30am
Reporter: Stacey England

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 135 | Copy of Deposition Transcript - Dr. William Paul | 2.10 | 283.50 |
| 57 | Exhibits (Black and White) | 0.25 | 14.25 |
| 1 | Postage/Courier Fee | 8.00 | 8.00 |
|  | Invoice Total: |  | 305.75 |

THANK YOU FOR YOUR BUSINESS

For your convenience, we accept the following credit card payments:
MasterCard, Visa, Discover, and American Express
You can pay online at www.englandreporting.com

Please include invoice number on checks made payable to:
Stacey England & Associates

Tax ID: ███

OK
James E. Robinson
James E. Robinson
12-3-13

PLEASE NOTE: INVOICE DUE UPON RECEIPT.
18% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN 30 DAYS.

PAY $305.75



L-15611
L-15611/Howse

L-15611

**Stacey England & Associates
Court Reporting & Video
P.O. Box 275
Clarksville, TN 37041
(931) 538-8125 | www.englandreporting.com**

Stacey England & Associates
THANK YOU

# INVOICE

METROPOLITAN DEPARTMENT OF LAW
ATTN: James Robinson, Esq.
P.O. Box 196300
Nashville, TN 37219-6300

Invoice Number: 100893
Invoice Date: 12/08/2013

In RE: Howse v. Metro
Witness: Stan Romine
Attendance Date: 11/01/2013, 9:00am
Reporter: Stacey England

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 111 | Copy of Deposition Transcript - Stan Romine | 2.10 | 233.10 |
| 36 | Exhibits (Black and White) | 0.25 | 9.00 |
| 1 | Postage/Courier Fee | 8.00 | 8.00 |
| | Invoice Total: | | 250.10 |

OK
James E. Robinson
12-11-13

THANK YOU FOR YOUR BUSINESS

For your convenience, we accept the following credit card payments:
MasterCard, Visa, Discover, and American Express
You can pay online at www.englandreporting.com

Please include invoice number on checks made payable to:
Stacey England & Associates

Tax ID:

PLEASE NOTE: INVOICE DUE UPON RECEIPT.
18% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN 30 DAYS.

PAY $250.10



L-15611 Howse

L-15611

**Stacey England & Associates**
**Court Reporting & Video**
**P.O. Box 275**
**Clarksville, TN 37041**
**(931) 538-8125 | www.englandreporting.com**

Stacey England & Associates
THANK YOU

# INVOICE

METROPOLITAN DEPARTMENT OF LAW
ATTN: James Robinson, Esq.
P.O. Box 196300
Nashville, TN 37219-6300

Invoice Number: 100904
Invoice Date: 12/13/2013

In RE: Howse v. Metro
Witness: Brad Beasley
Attendance Date: 11/18/2013, 1:00pm
Reporter: Stacey England

| Qty Description | Rate | Ext |
|---|---|---|
| 21 Copy of Deposition Transcript | 2.10 | 44.10 |
| 8 Exhibits (Black and White) | 0.25 | 2.00 |
| 1 Postage/Courier Fee | 8.00 | 8.00 |
| | Invoice Total: | 54.10 |

OK
James E. Rob-
James Robinson
12-17-13

THANK YOU FOR YOUR BUSINESS

For your convenience, we accept the following credit card payments:
MasterCard, Visa, Discover, and American Express
You can pay online at www.englandreporting.com

Please include invoice number on checks made payable to:
Stacey England & Associates

Tax ID:

PLEASE NOTE: INVOICE DUE UPON RECEIPT.
18% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN 30 DAYS.

PAY $54.10

VENDOR #
ACCOUNT #
OP/OM #
BATCH #
VOUCHER #

L-15611

L-15611/ Howse

# Elite Reporting Services

3310 Aspen Grove Drive, Suite 301
Franklin, TN 37067

(615) 595-0073

**Invoice**

L-15611

METRO GOV'T OF NASHVILLE & DAVIDSON CO
2016 MAY 31 AM 8:46
METRO DEPT. OF LAW

| Date | Invoice # |
|---|---|
| 5/25/2016 | 33103 |

**Bill To:**
Mr. Jeff Campbell
Attorney at Law
Metropolitan Courthouse, ste 108
P O Box 196300
Nashville, TN 37219

*Jeff Campbell / JC GU / Okay to pay / $248.88*

| Reporter | Job Description |
|---|---|
| Melissa | Deposition 05/17/16 |

| Description | | Amount |
|---|---|---|
| Appearance Fee - Deposition - Shared per diem | 3:00pm - 4:15pm | 50.00 |
| Deposition Transcript Fee - Telephone - Shared per diem | | 188.35 |
| Condensed Transcripts -- No Charge | | 0.00 |
| Keyword Index - No Charge | | |
| PDF Transcript uploaded to Online Repository - No Charge | | |
| Exhibit Copies - Black & White - Shared per diem | 1.5 Pages | 0.53 |
| Delivery Fee - Shared per diem | | 10.00 |
| Howse v. Metropolitan Government of Nashville | | |
| Case No. 312CV63 | | |
| All costs have been divided equally between both parties | | |
| Deposition 05/17/16 | | |
| * | | |

*PAY $248.88*

VENDOR #
ACCOUNT #
OP/OM #
BATCH #
VOUCHER #

L-15611

We were pleased to provide Ms. Melissa Smith as your court reporter.
TO INSURE PROPER CREDIT, YOUR INVOICE NUMBER MUST BE INCLUDED WITH YOUR PAYMENT.

WE NOW ACCEPT ALL MAJOR CREDIT CARDS.
We appreciate your business.

Please note: Our Tax ID is identified with the IRS as Roy M. Curry, Jr., d/b/a Elite Reporting Services. Tax I. D.

| | |
|---|---|
| Total Invoice | $248.88 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$248.88** |