Exhibit C

Exhibit C

TABLE OF DUPLICATION EXPENSES

| DATE OF INVOICE | COST | DESCRIPTION |
| --- | --- | --- |
| 11/02/2012 | $31.65 | Charge from EEOC for copy of investigation file for Charge No. 494-2011-01242. |
| 1/17/2013 | $71.64 | Charge from EEOC for copy of investigation file for Charge No. 494-2012-0892. |
| 11/2/2013 | $126.73 | Charge from PR Omni Digital for scanning of Ms. Howse's oversized desktop calendars provided by plaintiff for inspection. |
| TOTAL | $230.02 | |