Exhibit D



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue, 9th Floor
Memphis, TN 38104

TO:  Joshua Furnier
Metropolitan Government of Nashville and Davidson County
P.O. Box 196300
Nashville, TN 37219-6300

# INVOICE

| Date | Case Name | Balance |
|---|---|---|
| 11/2/2012 | FOIA No.: 4902013170466<br>Charge No. 494-2011-01242<br>***Thereasa A. Howse v. Metro Health Department*** | |
| | TOTAL case copy charges: 311 pages @ $.15 per page: | $ 46.65 |
| | LESS 100 pages | - 15.00 |
| | TOTAL COPY CHARGES (211) pages @ $.15 per page) | $ 31.65 |
| | **Please make check payable to the<br>"Treasurer of the United States"** | |



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205
(205) 212-2069
(205) 212-2112 TTY
(205) 212-2105 FAX

January 17, 2013

Joshua Furnier
Metropolitan Government of Nashville and Davidson County
P.O. Box 196300
Nashville, TN 37219-6300

Re: FOIA No.:     4202013173222
    Charge No.:   494-2012-00892
    Charge:       Thereasa Howse v. Metro Public Health Department

Dear Mr. Furnier:

Your Freedom of Information Act (FOIA) request, received in this office on December 14, 2012 has been processed. Our search began on December 14, 2012. All agency records in creation as of December 14, 2012 are within the scope of the EEOC's search for responsive records. The paragraph(s) checked below apply:

[ ]   Your request does not reasonably describe the records you wish disclosed or [ ] No records fitting the description of the records you seek disclosed exist or could be located after a thorough search. The remainder of your request is:

[ ]   Your request is granted.

[ ]   Your request is denied pursuant to the subsections of the FOIA indicated at the end of this letter. An attachment to this letter explains the use of these exemptions in more detail.

[X]   Your request is granted in part and denied in part. Portions not released are being withheld pursuant to the subsections of the FOIA indicated at the end of this letter. An attachment to this letter explains the use of these exemptions in more detail.

[X]   You must send a check for $[ 71.64 ] made payable to Pete's Print and sent to this office- Attention Toniko D. Noland by mail to the above address. Manual search and review time is billed per quarter hour based on the personnel category of the person conducting the search. Fees for search services range from $5.00 per quarter hour to $20.00 per quarter hour. Direct costs are billed for computer searches and in certain other circumstances. Photocopying is billed at $.18 per page. 29 C.F.R. §1610.15. The attached Comments page will further explain any direct costs assessed. The fee has been computed as follows:

  [ ]   Commercial use requests: [ ] pages of photocopying; [ ] quarter hour(s) of [ ] review time; and [ ] quarter hour(s) of [ ] search time; Direct costs are billed in the amount of [ ] for [ ].

  [ ]   Requests by educational or noncommercial scientific institutions or representatives of the news media: [ ] pages of photocopying. The first 100 pages are provided free of charge.

| | |
|---|---|
| [ X ] | All other requests: [ 498 ] pages of photocopying and [ ] quarter hour(s) of [ ] search time. Direct costs are billed in the amount of [ $71.64 ] for [ 398 pages ]. The first 100 pages and 2 hours of search time are provided free of charge. |
| [ ] | The disclosed records are enclosed. No fee is charged because the cost of collecting and processing the chargeable fee equals or exceeds the amount of the fee. 29 C.F.R. § 1610.15(d). |
| [ ] | The disclosed records are enclosed. Photocopying and search fees have been waived pursuant to 29 C.F.R. § 1610.14. |
| [ X ] | You may appeal this decision by writing within thirty days of receipt of this letter to the Office of Legal Counsel, FOIA Programs, Equal Employment Opportunity Commission, 131 M Street, N.E., Suite 5NW02E, Washington, D.C. 20507. Your appeal will be governed by 29 C.F.R. § 1610.11. |
| [ X ] | See attached Comments page for further information. |

Sincerely,

Delner Franklin-Thomas
District Director

Applicable Sections of the Freedom of Information Act, 5 U.S.C. § 552(b):

[ ] (2)  
[ ] (3) (A)(i)  
    [ ] Section 706(b) of Title VII  
    [ ] Section 709(e) of Title VII  
    [ ] Section 107 of the ADA  
    [ ] Section 207 of the GINA  
[ ] (3)(A)(ii)  
    [ ] 41 U.S.C. §253b(m) of the National Defense Authorization Act  
[ ] (4)  
[ X ] (5)  

[ ] (6)  
[ ] (7)(A)  
[ ] (7)(B)  
[ X ] (7)(C)  
[ ] (7)(D)  
[ ] Other (see attached)



**PR Omni Digital**
333 Union Street, Suite B-100
Nashville TN 37201
615.255.6094
www.prnashville.com
EIN ███████

# Invoice

No. **1305255**

Date 5/30/2013

Customer P.O. No.
L-15611

Josh Furnier
Metro Dept. of Law
Metro Courthouse, Suite 108
P.O. Box 196300
Nashville TN 37219-6300

| QUANTITY | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 1 | Multi-part | | |
| 1 | File Prep and Print Setup | 7.50 | 7.50 |
| 32 | Scanning - Oversize | 3.00 | 96.00 |
| 1 | CD duplicating | 12.50 | 12.50 |

PAY $126.73

| VENDOR # | 235235 |
| ACCOUNT # | 0605000 |
| OP/OM # | 502701 |
| BATCH # | |
| VOUCHER # | |

L-15611

L-15611/T House

PLEASE PAY FROM THIS INVOICE. Your signature below is an agreement that the above described work has been authorized and received. The customer above assures payment of this invoice within 15 days and the customer agrees to pay all legal fees incurred in the collection of past due accounts. For prompt application of payments please include the invoice number with your check. Thank you!

RECEIVED AND APPROVED BY: _____
DATE: _____

| SUBTOTAL | 116.00 |
| TAX | 10.73 |
| SHIPPING | |
| TOTAL | 126.73 |
| AMOUNT DUE | 126.73 |

OK to pay
L-15611